IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-00029-02-CR-W-HFS |
| ) | |
| ) | |
| CARLOS BRANDON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the court is the report and recommendation of Magistrate Judge Larsen, urging denial of defendant's motion to suppress. No objections have been filed subsequent to Judge Larsen's report. I have reviewed and evaluated the transcript of the hearing and briefing prior to the hearing. The report and recommendation will be adopted and the motion to suppress (Doc. 59) DENIED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 18, 2005

Kansas City, Missouri